## VICTOR R. DYDYN ET AL. *v.* DEPARTMENT OF LIQUOR CONTROL

The plaintiffs' petition for certification for appeal from the Appellate Court, 12 Conn. App. 455, is denied.

*Leslie Byelas,* in support of the petition.

Decided October 21, 1987

## ARMANDO VALERIANO *v.* GEORGE D. BRONSON, WARDEN

The plaintiff's petition for certification for appeal from the Appellate Court, 12 Conn. App. 385, is granted, with limitation.

*Patrice S. Noah,* in support of the petition.

*Steven M. Sellers,* assistant state's attorney, in opposition.

Decided October 21, 1987

## STATE OF CONNECTICUT *v.* JOHN TRUJILLO

The state's petition for certification for appeal from the Appellate Court, 12 Conn. App. 320, is denied.

*James G. Clark,* assistant state's attorney, in support of the petition.

*Richard Emanuel,* in opposition.

Decided October 21, 1987